# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# GREENBELT DIVISION

| | |
|---|---|
| NATHANIEL HICKS<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER GERALD L. FERREYRA, *et al.*<br><br>    Defendants. | Civil Action No.: 8:16-cv-2521-PWG |

### PLAINTIFF'S MOTION TO CORRECT CLERICAL MISTAKE IN JUDGMENT

Pursuant to Federal Rule of Civil Procedure 60(a), Plaintiff Nathaniel Hicks hereby moves the Court to fix a clerical mistake in the Judgment in this matter, Dkt. 176. Judgment was entered against "Brian A. Phillips," but the Defendant in this matter is "Brian H. Phillips." A memorandum in support of this motion and a proposed order are filed contemporaneously.

Dated: August 25, 2025                                    Respectfully Submitted,

/s/ John P. Relman
John P. Relman
Yiyang Wu
RELMAN COLFAX PLLC
1225 19th St., NW, Suite 600
Washington, D.C. 20036
Tel: 202-728-1888
Fax: 202-728-0848
jrelman@relmanlaw.com
ywu@relmanlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of filing to all counsel of record.

/s/ John P. Relman
John P. Relman